*In re* **DIAZ**, Theodore Ross (MR 20294)
East Alton, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Theodore Ross Diaz is censured.

*In re* **DiCAPRIO**, Joseph Alfred (MR 20152)
Rockford, IL

Order of the Court:

The petition by respondent Joseph Alfred DiCaprio for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent is suspended from the practice of law for 12 months, as recommended by the Review Board.
Suspension effective October 17, 2005.
Respondent Joseph Alfred DiCaprio shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.